USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-23-18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
Jonathan Otto
           Plaintiff(s)

-v-

Gannett Satellite
           Defendant(s)
----------------------------------------X

# 18 Cv 2539 (JFK)

Counsel are directed to appear in Courtroom 20-C on May 31, 2018 at 11:00 a.m., for an initial pretrial conference, for the purpose of discussing the status of this case. This conference will not be adjourned except by order of the Court.

SO ORDERED.

Dated: New York, New York
3-23-18

_____
JOHN F. KEENAN
United States District Judge