

# Liebowitz Law Firm, PLLC
ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

11 SUNRISE PLAZA, STE. 305
VALLEY STREAM, NY 11580
(516) 233-1660
WWW.LIEBOWITZLAWFIRM.COM

**MEMO ENDORSED**

September 12, 2018



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-12-18

**VIA ECF**

Honorable John. F. Keenan
United States District Court
Southern District of New York
500 Pearl Street, Rm. 20C
New York, NY 10007

Re:   *Otto v. Gannett Satellite Information Network, LLC*, 1:18-cv-2539 (JFK)

Dear Judge Keenan:

    We represent Plaintiff Jonathan Otto in the above-captioned case and write to respectfully request that the Court reschedule a Rule 16 conference at the Court's convenience.

    By way of background, the complaint was filed on March 21, 2018. On June 8, 2018, Defendant filed a motion to dismiss pursuant to Rule 12(b)(6). [Dkt. # 15] Plaintiff then amended his complaint as of right on June 29. [Dkt. # 18] On July 13, 2018, Defendant answered the amended complaint (rather than renewing its Rule 12 motion). [Dkt. #19]

    While Defendant's Rule 12 motion was pending, the Court cancelled the initial case management conference. [Dkt. #16] However, now that the Rule 12 motion is moot, the parties seek to move forward with an initial case management conference and discovery. Defendant consents to the requested relief.

Respectfully Submitted,

/jamieshfreeman/
James H. Freeman

*Counsel for Plaintiff Jonathan Otto*

---

```
Both parties consenting, the initial conference in this case is set for
October 3, 2018 at 11 a.m., 500 Pearl St, Courtroom 20C.

SO ORDERED.
Dated:  New York, New York
        September 12, 2018
```

John F. Keenan
United States District Judge