**Exhibit B**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN OTTO,<br><br>        Plaintiff,<br><br>v.<br><br>GANNETT SATELLITE INFORMATION NETWORK, LLC<br><br>        Defendant. | Case No.: 18-cv-2539 (JFK)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>ECF Case |

IT IS HEREBY STIPULATED AND AGREED, by and among plaintiff Jonathan Otto and defendant Gannett Satellite Information Network, LLC, by and through their undersigned attorneys, that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear his or its own costs and attorneys' fees.

Dated: ~~March~~ April 17, 2019

_____
James H. Freeman
LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Suite 301
Valley Stream, NY 11580
(516) 233-1660

*Attorneys for Plaintiff Jonathan Otto*

Dated: ~~March~~ April 15, 2019

_____
William Lawrence
FRANKFURT KURNIT KLEIN & SELZ P.C.
488 Madison Avenue, 10th Floor
New York, NY 10022
(212) 980-0120

*Attorneys for Defendant Gannett Satellite Information Network LLC*

Date: _____

SO ORDERED:

7

_____
John F. Keenan (U.S.D.J.)